**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
AMY I. BORLUND (SBN 205361)
aborlund@dollamir.com
515 S. Flower Street, Suite 1812
Los Angeles, California 90071
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Cynthia Duncan, | Case No. 8:24-cv-01970 JWH (JDEx) |
| Plaintiff, | *Assigned to Judge John W. Holcomb;* |
| v. | *Referred to Magistrate Judge John D. Early* |
| Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC, Barclays Bank Delaware, Capital One, N.A., U.S. Bank, N.A., American First Finance, LLC, | **DEFENDANT CAPITAL ONE, N.A.'S ANSWER TO COMPLAINT OF CYNTHIA DUNCAN** |
| Defendants. | Complaint Filed:   09/09/2024 |
| | Trial Date:        TBD |

DOLL AMIR & ELEY LLP

Defendant Capital One, N.A., (hereinafter, "Capital One"), by and through its undersigned counsel, answers the Complaint filed by Plaintiff Cynthia Duncan ("Plaintiff") as follows:

Except as expressly admitted or qualified below, Capital One denies each and every allegation in the FAC.

## INTRODUCTION

1.      Answering paragraph 1, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

2.      Answering paragraph 2, Capital One denies that it reported to credit reporting agencies incomplete misleading, or inaccurate information regarding Plaintiff. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

3.      Answering paragraph 3, Capital One contends that it is comprised of legal conclusions to which no response is required.  To the extent a response is required, Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One.  As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

4.      Answering paragraph 4, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

5.      Answering paragraph 5, Capital One contends that it is comprised of legal conclusions to which no response is required.  To the extent a response is required, Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One.  As to the remainder of the

DOLL AMIR & ELEY LLP

paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

6.      Answering paragraph 6, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

7.      Answering paragraph 7, Capital One contends that it is comprised of legal conclusions to which no response is required.  To the extent a response is required, Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One.  As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

8.      Answering paragraph 8, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

## JURISDICTION & VENUE

9.      Answering paragraph 9, Capital One hereby incorporates by reference all of the preceding paragraphs.

10.     Answering paragraph 10, Capital One contends that it is comprised of legal conclusions to which no response is required.  To the extent a response is required, Capital One admits only that this Court would have jurisdiction over this case but for the fact that Plaintiff lacks Article III standing under the United States Constitution.  Capital One denies any remaining allegations set forth in paragraph 10.

11.     Answering paragraph 11, Capital One contends that it is comprised of legal conclusions to which no response is required.  To the extent a response is required, Capital One does not dispute that Venue is proper for the purposes of this response.

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT                                                    CASE NO. 8:24-CV-01970 JWH (JDEX)

12.    Answering paragraph 12, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

13.    Answering paragraph 13, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**FICO, Inc.**

14.    Answering paragraph 14, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

15.    Answering paragraph 15, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

16.    Answering paragraph 16, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

17.    Answering paragraph 17, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

18.    Answering paragraph 18, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT                                    CASE NO. 8:24-CV-01970 JWH (JDEX)

19.    Answering paragraph 19, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

20.    Answering paragraph 20, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

21.    Answering paragraph 21, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

22.    Answering paragraph 22, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

23.    Answering paragraph 23, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

24.    Answering paragraph 24, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

25.    Answering paragraph 25, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

26.    Answering paragraph 26, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

27.    Answering paragraph 27, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

28.    Answering paragraph 28, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

29.    Answering paragraph 29, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

30.    Answering paragraph 30, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

31.    Answering paragraph 31, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**Metro 2**

32.    Answering paragraph 32, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

33.    Answering paragraph 33, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

34.    Answering paragraph 34, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

35.    Answering paragraph 35, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

36.    Answering paragraph 36, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

37.    Answering paragraph 37, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

38.    Answering paragraph 38, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

39.    Answering paragraph 39, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

40.    Answering paragraph 40, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

41.    Answering paragraph 41, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

42.    Answering paragraph 42, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

43.    Answering paragraph 43, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

44.    Answering paragraph 44, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**Consumer Information Indicator**

45.    Answering paragraph 45, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

46.    Answering paragraph 46, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

47.    Answering paragraph 47, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

48.    Answering paragraph 48, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

49.    Answering paragraph 49, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

50.    Answering paragraph 50, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

51.    Answering paragraph 51, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

52.    Answering paragraph 52, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

53.    Answering paragraph 53, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

54.    Answering paragraph 54, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

55.    Answering paragraph 55, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**Plaintiff's Bankruptcy**

56.    Answering paragraph 56, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

57.    Answering paragraph 57, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

58.    Answering paragraph 58, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

59.    Answering paragraph 59, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**Plaintiff's Credit Report**

60.    Answering paragraph 60, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

61.    Answering paragraph 61, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

62.    Answering paragraph 62, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

DOLL AMIR & ELEY LLP

63.    Answering paragraph 63, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

64.    Answering paragraph 64, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

65.    Answering paragraph 65, Capital One admits it received a dispute regarding the Capital One account at issue.  Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

66.    Answering paragraph 66, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

67.    Answering paragraph 67, Capital One contends that it is comprised of legal conclusions to which no response is required.  To the extent a response is required, Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One.  As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**Damages**

68.    Answering paragraph 68, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

69.     Answering paragraph 69, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

70.     Answering paragraph 70, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

71.     Answering paragraph 71, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

72.     Answering paragraph 72, as to allegations regarding Capital One, Capital One denies, generally and specifically, each and every averment contained therein. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## **FIRST CAUSE OF ACTION**

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681e(b) Against Defendants)

**Experian, Equifax and TransUnion – Failure to Assure Credit Reporting Accuracy**

73.     Answering paragraph 73, Capital One hereby incorporates by reference all of the preceding paragraphs.

DOLL AMIR & ELEY LLP

74.     Answering paragraph 74, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

75.     Answering paragraph 75, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

76.     Answering paragraph 76, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

77.     Answering paragraph 77, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

78.     Answering paragraph 78, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

79.     Answering paragraph 79, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

**Willfulness**

80.     Answering paragraph 80, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

81.     Answering paragraph 81, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

82.     Answering paragraph 82, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

12

DOLL AMIR & ELEY LLP

83.     Answering paragraph 83, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

84.     Answering paragraph 84, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

85.     Answering paragraph 85, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

86.     Answering paragraph 86, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

87.     Answering paragraph 87, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

88.     Answering paragraph 88, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

89.     Answering paragraph 89, Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

90.     Answering paragraph 90, Capital One denies it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

13

91.     Answering paragraph 91, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

92.     Answering paragraph 92, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

93.     Answering paragraph 93, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## SECOND CAUSE OF ACTION

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b) Against Defendants)

**Barclays, Capital One, Citi, U.S. Bank, and American First — Failure to Reinvestigate.**

94.     Answering paragraph 94, Capital One hereby incorporates by reference all of the preceding paragraphs.

95.     Answering paragraph 95, Capital One contends that it is constitutes a statement of law to which no response is required, as the cited authority speaks for itself.  To the extent a response is required, Capital One refers Plaintiff to the relevant statutes, denies that it engaged in any actionable conduct and denies that Plaintiff is entitled to any relief from Capital One.

96.     Answering paragraph 96, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

97.     Answering paragraph 97, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

allegations and on that basis denies, generally and specifically, each and every averment contained therein.

98.    Answering paragraph 98, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

99.    Answering paragraph 99, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

100.    Answering paragraph 100, Capital One denies that it failed to understand and/or apply industry standards for credit reporting. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

101.    Answering paragraph 101, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

102.    Answering paragraph 102, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

103.    Answering paragraph 103, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these

DOLL AMIR & ELEY LLP

allegations and on that basis denies, generally and specifically, each and every averment contained therein.

104.   Answering paragraph 104, Capital One denies that it failed to conduct a reasonable investigation. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

105.   Answering paragraph 105, Capital One denies that it has developed reckless policies and procedures. As to the remainder of the paragraph, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

### Experian, Equifax and TransUnion – Failure to Reinvestigate Disputed Information

106.   Answering paragraph 106, Capital One hereby incorporates by reference all of the preceding paragraphs.

107.   Answering paragraph 107, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

108.   Answering paragraph 108, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

109.   Answering paragraph 109, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

110.   Answering paragraph 110, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

111.    Answering paragraph 111, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

112.    Answering paragraph 112, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

113.    Answering paragraph 113, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

114.    Answering paragraph 114, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

115.    Answering paragraph 115, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

116.    Answering paragraph 116, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## THIRD CAUSE OF ACTION

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681i(a)(4) Against Defendants)

**Experian, Equifax and TransUnion – Failure to Review and Consider All Relevant Information**

117.    Answering paragraph 117, Capital One hereby incorporates by reference all of the preceding paragraphs.

118.    Answering paragraph 118, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

119.   Answering paragraph 119, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

120.   Answering paragraph 120, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

121.   Answering paragraph 121, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

122.   Answering paragraph 122, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## FOURTH CAUSE OF ACTION

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681i(a)(5)(A) Against Defendants Experian, Equifax, TransUnion)

**Experian, Equifax and TransUnion – Failure to Delete Disputed and Inaccurate Information**

123.   Answering paragraph 123, Capital One hereby incorporates by reference all of the preceding paragraphs.

124.   Answering paragraph 124, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

125.   Answering paragraph 125, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

126.   Answering paragraph 126, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

DOLL AMIR & ELEY LLP

127.    Answering paragraph 127, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

128.    Answering paragraph 128, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## DEMAND FOR JURY TRIAL

Capital One admits that Plaintiff purports to request a trial by jury; Capital One denies that Plaintiff is entitled to a jury trial against Capital One.

## PRAYER FOR RELIEF

With respect to the "Prayer for Relief" section of the FAC, Capital One denies that Plaintiff is entitled to any of the relief that she seeks as against Capital One.

## AFFIRMATIVE DEFENSES

NOW WHEREFORE, having answered the FAC and without assuming any burden of proof or burden not required by law, Capital One alleges the following affirmative and other defenses:

### FIRST AFFIRMATIVE DEFENSE

1.    The Complaint fails to state a claim upon which relief can be granted against Capital One.

### SECOND AFFIRMATIVE DEFENSE

2.    Plaintiff failed to mitigate her damages, if any.

### THIRD AFFIRMATIVE DEFENSE

3.    Plaintiff's damages, if any, were caused by the actions and/or inaction of third parties and/or intervening causes over which Capital One has no control.

### FOURTH AFFIRMATIVE DEFENSE

4.    Damages or injuries, if any, suffered by Plaintiff are attributable to Plaintiff's own conduct, deeds, acts, words and omissions, and not to any conduct, deeds, acts, words or omissions of Capital One.

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

**FIFTH AFFIRMATIVE DEFENSE**

5.    Capital One acted reasonably and in good faith at all material times based on all relevant facts and circumstances known by it at the time it so acted.

**SIXTH AFFIRMATIVE DEFENSE**

6.    Plaintiff is estopped from recovering from Capital One.

**SEVENTH AFFIRMATIVE DEFENSE**

7.    Plaintiff's Complaint seeks punitive damages.  Capital One adopts by reference the defenses, criteria, limitations, standards, and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003); *Phillip Morris USA v. Williams*, 127 S. Ct. 1057 (2007); *Exxon Shipping Co. v. Baker*, 168 S. Ct. 265 (2008).

**EIGHTH AFFIRMATIVE DEFENSE**

8.    Capital One pleads and asserts all applicable constitutional, statutory, and common law limitations on punitive damages.

**NINTH AFFIRMATIVE DEFENSE**

9.    Capital One is informed and believes, and on that basis alleges that it has complied with all applicable state and federal laws, statutes and regulations and, therefore, cannot be held liable for any alleged damages suffered by Plaintiff.

**TENTH AFFIRMATIVE DEFENSE**

10.    Plaintiff cannot recover from Capital One under the Complaint to the extent that she has not alleged, or cannot maintain, an actual injury-in-fact as this deprives the Court of Article III jurisdiction.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.    To the extent determined to be applicable herein, Capital One has complied with all requirements of the Fair Credit Reporting Act and is, therefore,

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT

CASE NO. 8:24-CV-01970 JWH (JDEX)

1  entitled to each and every defense stated therein and any and all limitations of liability

2  set forth therein or resulting therefrom.

3                    **TWELFTH AFFIRMATIVE DEFENSE**

4       12.    Plaintiff's claim for punitive damages is barred or limited by the

5  provisions of 15 U.S.C. § 1681n.

6                  **THIRTEENTH AFFIRMATIVE DEFENSE**

7       13.    Any and all harm alleged by Plaintiff can be attributed to several causes,

8  and the damages for the harm, if any, should be apportioned among the various

9  causes, according to the contribution of each cause to the harm sustained.

10                 **FOURTEENTH AFFIRMATIVE DEFENSE**

11      14.    Any alleged acts or omissions of Capital One that give rise to Plaintiff's

12 causes of action are the result of innocent mistake.

13                  **FIFTEENTH AFFIRMATIVE DEFENSE**

14      15.    Any damage or loss incurred Plaintiff as a result of any act or conduct by

15 Capital One would be speculative and thus too uncertain for recovery.

16                  **SIXTEENTH AFFIRMATIVE DEFENSE**

17      16.    The Complaint, and each claim alleged therein, is barred, in whole or in

18 part, on the grounds that Capital One did not engage in malice as its conduct was not

19 knowing, willful or intentional.

20                **SEVENTEENTH AFFIRMATIVE DEFENSE**

21      17.    Plaintiff's claim that Capital One committed willful violations of the Fair

22 Credit Reporting Act is barred by the principles articulated in *Safeco Ins. Co. v. Burr*,

23 127 S. Ct. 2201 (2007).

24                 **EIGHTEENTH AFFIRMATIVE DEFENSE**

25      18.    Capital One reserves unto itself the right to assert additional defenses and

26 affirmative defenses that it learns of during the course of discovery in this action.

27      **WHEREFORE**, Capital One respectfully requests that the Court:

28      a.     Dismiss all of Plaintiff's claims against Capital One with prejudice and on

DOLL AMIR & ELEY LLP

1    the merits;

2    b.    Judgment in favor of Capital One;

3    c.    Award Capital One all costs, disbursements, and reasonable attorney fees

4    allowed by law; and

5    d.    Grant Capital One any such further relief to which it may be entitled.

6

7    DATED:  November 8, 2024            DOLL AMIR & ELEY LLP

8

9                                       By: _/s/ Amy I. Borlund_____

10                                          AMY I. BORLUND
                                          Attorneys for Defendant,
11                                          CAPITAL ONE, N.A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

DEFENDANT CAPITAL ONE, N.A.'S
ANSWER TO COMPLAINT                              CASE NO. 8:24-CV-01970 JWH (JDEX)