TROUTMAN PEPPER HAMILTON
SANDERS LLP
Ryan A. Lewis (SBN 307253)
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710
Email: ryan.lewis@troutman.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Cynthia Duncan, | Case No. 8:24-cv-01970-JWH-JDE |
| Plaintiff, | Hon. John W. Holcomb |
| v. | Hon. John D. Early |
| Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC, Barclays Bank Delaware, Capital One, N.A., U.S. Bank, N.A., American First Finance, LLC, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| Defendants. | Complaint filed:  September 12, 2024 |

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Cynthia Duncan's ("Plaintiff") Complaint (the "Complaint") as follows:

Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below. Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations as they relate to the actions of third parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this answer. In

response to the numbered paragraphs in the Complaint, Experian states as follows:

**<u>INTRODUCTION</u>[1]**

1.     In response to paragraph 1 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"). Experian denies that it has violated the FCRA or any other law and denies that it is liable to Plaintiff for any damages, costs, or attorneys' fees. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 1 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 1 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

2.     In response to paragraph 2 of the Complaint, including all subparts, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that the Complaint seeks damages. Experian denies that it has violated the FCRA or any other law and denies that it is liable to Plaintiff for any damages, costs, or attorneys' fees. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 2 of the Complaint that relates to Experian. As to the allegations in paragraph 2 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

3.     In response to paragraph 3 of the Complaint, including all subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

---

[1] For ease of reference and to facilitate review of its Answer and Affirmative Defenses, Experian has incorporated into its Answer the headings used by Plaintiff in the Complaint. In doing so, Experian does not adopt, either expressly or by implication, the statements contained in those headings. Experian denies, generally and specifically, each and every allegation in the headings.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

specifically, each and every allegation contained therein. Experian further denies that it violated the FCRA.

4.      In response to paragraph 4 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation in paragraph 4 of the Complaint that relates to Experian. As to the allegations in paragraph 4 of the Complaint that relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every allegation in paragraph 5 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to paragraph 6 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every allegation in paragraph 6 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

7.     In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that it violated the FCRA.

8.     In response to paragraph 8 of the Complaint, Experian admits Plaintiff purports to characterize the purpose of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations in paragraph 8 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 8 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION & VENUE

9.     In response to paragraph 9 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

10.     In response to paragraph 10 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. §§ 1331, 1337, and 1367, and 15 U.S.C. § 1681. Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10 of the Complaint and therefore denies the same.

11.     In response to paragraph 11 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper. Experian states that this is a legal conclusion, which is not subject to denial or admission. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11 of the Complaint and therefore denies the same.

**GENERAL ALLEGATIONS**

12.     In response to paragraph 12 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was knowing, intentional, or reckless as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every remaining allegation therein.

13.     In response to paragraph 13 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was reckless as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every remaining allegation therein.

**FICO, Inc.**

14.     In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.    In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.    In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.    In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.    In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.    In response to paragraph 22 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 22 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

23.    In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.    In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.    In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.    In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.    In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.    In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.    In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

30.    In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.    In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Metro 2**

32.    In response to paragraph 32 of the Complaint, Experian admits the existence of the Consumer Data Industry Association ("CDIA"). Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian admits that the credit reporting industry uses a standard electronic data reporting format called the Metro 2® Format. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.    In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.    In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

36.    In response to paragraph 36 of the Complaint, including all subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.    In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.    In response to paragraph 38 of the Complaint, Experian admits that the CDIA's current Credit Reporting Resource Guide is a manual that includes the Metro 2® Format. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.    In response to paragraph 39 of the Complaint, Experian admits that the CDIA's current Credit Reporting Resource Guide is a manual that includes the Metro 2® Format. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.    In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.    In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Consumer Information Indicator**

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Plaintiff's Bankruptcy**

56.    In response to paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.    In response to paragraph 59 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation in paragraph 59 of the Complaint that relates to Experian. As to the allegations in paragraph 59 of the Complaint that relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Plaintiff's Credit Report**

60.    In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

- 12 -

61.    In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that it violated the FCRA.

62.    In response to paragraph 62 of the Complaint, including all subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.    In response to paragraph 63 of the Complaint, Experian admits that on or around May 15, 2024, it received dispute correspondence regarding information allegedly appearing on Plaintiff's Experian credit file, which correspondence speaks for itself. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 63 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 63 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.    In response to paragraph 64 of the Complaint, Experian admits that on or around May 15, 2024, it received dispute correspondence regarding information allegedly appearing on Plaintiff's Experian credit file, which correspondence speaks for itself. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 64 of the Complaint that relates to Experian. As to the remaining allegations in paragraph 64 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.    In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.    In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.    In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. Experian further denies that it violated the FCRA.

**Damages**

68.    In response to paragraph 68 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 68 that relates to Experian. As to the remaining allegations in paragraph 68 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

69.    In response to paragraph 69 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 69 that relates to Experian. As to the remaining allegations in paragraph 69 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

70.     In response to paragraph 70 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 70 that relates to Experian. As to the remaining allegations in paragraph 70 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

71.     Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.  Experian further denies that it violated the FCRA.

72.     In response to paragraph 72 of the Complaint, Experian denies that it violated the FCRA. Experian denies, generally and specifically, each and every allegation in paragraph 72 that relates to Experian. As to the allegations in paragraph 72 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

## **FIRST CAUSE OF ACTION**

(Violation of the Fair Credit Reporting Act 15 U.S.C. § 1681e(b))

Against Defendants)

**Experian, Equifax, and TransUnion – Failure to Assure Credit Reporting Accuracy.**

73.     In response to paragraph 73 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

74.     In response to paragraph 74 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation in paragraph 74 of the Complaint. As to the allegations in paragraph

74 of the Complaint that relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75.    In response to paragraph 75 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation in paragraph 75 that relates to Experian. As to the remaining allegations in paragraph 75 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

76.    In response to paragraph 76 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 76 that relates to Experian. As to the remaining allegations in paragraph 76 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

77.    In response to paragraph 77 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 77 that relates to Experian. As to the remaining allegations in paragraph 77 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

78.    In response to paragraph 78 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was willful

as alleged in the Complaint. Experian further denies, generally and specifically, each and every allegation in paragraph 78 that relates to Experian. As to the allegations in paragraph 78 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

79.    In response to paragraph 79 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 79 that relates to Experian. As to the allegations in paragraph 79 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

**Willfulness**

80.    In response to paragraph 80 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian further denies, generally and specifically, each and every allegation in paragraph 80 that relates to Experian. As to the allegations in paragraph 80 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

81.    In response to paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.    In response to paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.    In response to paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 83 of the Complaint that relates to Experian. As to the allegations in paragraph 83 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

84.    In response to paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 84 of the Complaint that relates to Experian. As to the allegations in paragraph 84 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

85.    In response to paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 85 of the Complaint that relates to Experian. As to the allegations in paragraph 85 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

86.    In response to paragraph 86 of the Complaint, Experian admits that Plaintiff purports to cite to *Saez v. Trans Union, LLC*, 621 F. Supp. 2d 1074, 1083, 1088 (D. Or. 2007), *Grigoryan v. Experian Info. Sols., Inc.*, 84 F. Supp. 3d. 1044, 1091 (C.D. Cal. 2014), and *Haykuhi Avetisyan v. Experian Info. Sols., Inc.*, No. CV 14-05276-AB (ASX). Experian states that the cases referenced speak for themselves as to their claims, defenses, and legal effect, and on that basis, denies any allegations in paragraph 86 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 86 of the

Complaint that relates to Experian. As to the allegations in paragraph 86 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

87. In response to paragraph 87 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 87 of the Complaint that relates to Experian. As to the allegations in paragraph 87 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

88. In response to paragraph 88 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 88 of the Complaint that relates to Experian. As to the allegations in paragraph 88 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

89. In response to paragraph 89 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation in paragraph 89 that relates to Experian. As to the allegations in paragraph 89 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

90. In response to paragraph 90 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every allegation in paragraph 90 that relates to Experian. As to the allegations in paragraph 90 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

91.    In response to paragraph 91 of the Complaint, Experian denies that it violated the FCRA and further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 91 that relates to Experian. As to the allegations in paragraph 91 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

92.    In response to paragraph 92 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was negligent as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 92 that relates to Experian. As to the remaining allegations in paragraph 92 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

93.    In response to paragraph 93 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 93 that relates to Experian. As to the remaining allegations in paragraph 93 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

## SECOND CAUSE OF ACTION

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b))

Against Defendants Barclays, Capital One, Citi, U.S. Bank, and American First)

**Barclays, Capital One, Citi, U.S. Bank, and American First – Failure to Reinvestigate Disputed Information.**

94.    In response to paragraph 94 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

95.    In response to paragraph 95 of the Complaint, Experian admits Plaintiff purports to characterize sections of the FCRA. Experian affirmatively states that the FCRA speaks for itself and denies any allegations in paragraph 95 inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96.    In response to paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.    In response to paragraph 97 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98.    In response to paragraph 98 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99.    In response to paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

100.   In response to paragraph 100 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101.   In response to paragraph 101 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

102.   In response to paragraph 102 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

103.   In response to paragraph 103 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.   In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.   In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Experian, Equifax, and TransUnion – Failure to Reinvestigate Disputed Information.**

106.   In response to paragraph 106 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

107.   In response to paragraph 107 of the Complaint, Experian admits Plaintiff purports to characterize sections of the FCRA. Experian affirmatively states that the FCRA speaks for itself and denies any allegations in paragraph 107 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 107 that relates to Experian. As to the allegations in paragraph 107 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

108.   In response to paragraph 108 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 108 that relates to Experian. Experian further denies that it violated the FCRA. As to the allegations in paragraph 108 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

109.   In response to paragraph 109 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 109 that relates to Experian. Experian further denies that it violated the FCRA. As to the allegations in paragraph 109 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

110.   In response to paragraph 110 of the Complaint, Experian admits Plaintiff purports to characterize sections of the FCRA. Experian affirmatively states that the FCRA speaks for itself and denies any allegations in paragraph 110

inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 110 that relates to Experian. As to the allegations in paragraph 110 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

111.   In response to paragraph 111 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

112.   In response to paragraph 112 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

113.   In response to paragraph 113 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

114.   In response to paragraph 114 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 114 that relates to Experian. Experian further denies that it violated the FCRA. As to the allegations in paragraph 114 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

115.   In response to paragraph 115 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was intentional, willful, or reckless as alleged in the Complaint. Experian further denies, generally and specifically, each and every allegation in paragraph 115 of the Complaint that

relates to Experian. As to the allegations in paragraph 115 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

116.   In response to paragraph 116 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was unreasonable, willful, or reckless as alleged in the Complaint. Experian further denies, generally and specifically, each and every allegation in paragraph 116 that relates to Experian. As to the allegations in paragraph 116 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

## **THIRD CAUSE OF ACTION**

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681i(a)(4))

Against Defendants Experian, Equifax, TransUnion)

**Experian, Equifax, and TransUnion – Failure to Review and Consider All Relevant Information.**

117.   In response to paragraph 117 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

118.   In response to paragraph 118 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 118 that relates to Experian. Experian further denies that it violated the FCRA. As to the allegations in paragraph 118 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

119.   In response to paragraph 119 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever

from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 119 that relates to Experian. As to the remaining allegations in paragraph 119 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

120.   In response to paragraph 120 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 120 that relates to Experian. As to the allegations in paragraph 120 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

121.   In response to paragraph 121 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was negligent as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 121 that relates to Experian. As to the allegations in paragraph 121 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

122.   In response to paragraph 122 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 122 that relates to Experian. As to the allegations in paragraph 122 of

the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

## FOURTH CAUSE OF ACTION

(Violation of Fair Credit Reporting Act U.S.C. § 1681i(a)(5)(A))

Against Defendants Experian, Equifax, TransUnion)

**Experian, Equifax, and TransUnion – Failure to Delete Disputed and Inaccurate Information.**

123.  In response to paragraph 123 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

124.  In response to paragraph 124 of the Complaint, Experian denies, generally and specifically, each and every allegation in paragraph 124 that relates to Experian. Experian further denies that it violated the FCRA. As to the allegations in paragraph 124 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

125.  In response to paragraph 125 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 125 that relates to Experian. As to the remaining allegations in paragraph 125 of the Complaint, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

126.  In response to paragraph 126 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery

whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 126 that relates to Experian. As to the allegations in paragraph 126 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

127.    In response to paragraph 127 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was negligent as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 127 that relates to Experian. As to the allegations in paragraph 127 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

128.    In response to paragraph 128 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 128 that relates to Experian. As to the allegations in paragraph 128 of the Complaint that relate to another defendant, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

## RESPONSE TO DEMAND FOR JURY TRIAL

In response to the Complaint, Experian admits that Plaintiff has demanded a trial by jury on all issues triable.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any of the relief requested therein, or any relief whatsoever, from Experian.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE

#### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE

#### (IMMUNITY)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE

#### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE

#### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### FIFTH AFFIRMATIVE DEFENSE

#### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

### SIXTH AFFIRMATIVE DEFENSE

(LACHES)

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

(CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

### EIGHTH AFFIRMATIVE DEFENSE

(ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

### NINTH AFFIRMATIVE DEFENSE

(STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

### TENTH AFFIRMATIVE DEFENSE

(UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

(INDEPENDENT INTERVENING CAUSE)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause

and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

### TWELFTH AFFIRMATIVE DEFENSE

#### (MOOTNESS)

Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (WAIVER)

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (ARBITRATION DEFENSES)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between herself and Experian.

### SIXTEENTH AFFIRMATIVE DEFENSE

#### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

EXPERIAN ANSWER TO COMPLAINT
Case No. 8:24-cv-01970-JWH-JDE

1    (2)    That Experian be dismissed as a party to this action;

2    (3)    For costs of suit and attorneys' fees herein incurred; and

3    (4)    For such other and further relief as the Court may deem just and proper.

4

5    Dated:  November 13, 2024                    TROUTMAN PEPPER HAMILTON SANDERS LLP

6

7

8                                                By: */s/ Ryan A. Lewis*
                                                 Ryan A. Lewis
9                                                Attorneys for Defendant
                                                 EXPERIAN INFORMATION
10                                               SOLUTIONS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 EXPERIAN ANSWER TO COMPLAINT
                                                 Case No. 8:24-cv-01970-JWH-JDE