**FAEGRE DRINKER BIDDLE & REATH LLP**
ANDREW S. AYALA (SBN 332261)
*andrew.ayala@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, CA  90067
Telephone:   (310) 203-4000
Facsimile:    (310) 229-1285

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia Duncan, | Case No. 8:24-cv-01970-AH-JDE |
| Plaintiff, | Hon. Judge Anne Hwang |
| v. | Magistrate Judge John D. Early |
| Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC, Barclays Bank Delaware, Capital One, N.A., U.S. Bank, N.A., American First Finance, LLC | **DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |
| Defendants. | Complaint Filed:    September 12, 2024 |
| | Trial: TBD |

Defendant U.S. Bank National Association ("U.S. Bank"), now answers the Complaint for Damages ("Complaint") filed by plaintiff, Cynthia Duncan ("Plaintiff") as follows:

Except as expressly admitted or qualified below, U.S. Bank denies each and every allegation of the Complaint.

## **INTRODUCTION**

1. Answering paragraph 1, U.S. Bank admits that Plaintiff alleges claims based on the Fair Credit Reporting Act ("FCRA"). U.S. Bank denies it violated the FCRA.

2. Answering paragraph 2, U.S. Bank denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

3. Answering paragraph 3, including subpart 3d, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. Because the remaining allegations in subparts 3a–3c and 3e concern another Defendant[1], U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

4. Answering paragraph 4, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

5. Answering paragraph 5, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

6. Answering paragraph 6, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

---

[1] Plaintiff's Complaint repeatedly alleges violations against Citi but does not name Citi as a Defendant in the caption.

7.    Answering paragraph 7, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

8.    Answering paragraph 8, because U.S. Bank does not know if Plaintiff intends to refer or cite to an unidentified statute or law in her allegations in paragraph 8, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

## **JURISDICTION & VENUE**

9.    U.S. Bank incorporates herein by reference the answers in each and every paragraph above as fully set forth herein.

10.    Answering paragraph 10, U.S. Bank admits that jurisdiction in this Court is proper without waiving its right to compel arbitration pursuant to Plaintiff's U.S. Bank card account agreement.

11.    Answering paragraph 11, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

## **GENERAL ALLEGATIONS**

12.    Answering paragraph 12, U.S. Bank denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

13.    Answering paragraph 13, U.S. Bank denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

## **FICO, Inc.**

14.    Answering paragraph 14, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
Case No.8:24-CV-01970-AH-JDE

them.

15.     Answering paragraph 15, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

16.     Answering paragraph 16, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

17.     Answering paragraph 17, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

18.     Answering paragraph 18, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

19.     Answering paragraph 19, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

20.     Answering paragraph 20, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

21.     Answering paragraph 21, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

22.     Answering paragraph 22, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

23.     Answering paragraph 23, U.S. Bank lacks information or knowledge

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

24.     Answering paragraph 24, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

25.     Answering paragraph 25, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

26.     Answering paragraph 26, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

27.     Answering paragraph 27, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

28.     Answering paragraph 28, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

29.     Answering paragraph 29, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

30.     Answering paragraph 30, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

31.     Answering paragraph 31, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

**Metro 2**

32.     Answering paragraph 32, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

33.     Answering paragraph 33, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

34.     Answering paragraph 34, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

35.     Answering paragraph 35, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

36.     Answering paragraph 36, including subparts a. through g., U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

37.     Answering paragraph 37, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

38.     Answering paragraph 38, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

39.     Answering paragraph 39, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

40.     Answering paragraph 40, because the allegations concern another

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

41.    Answering paragraph 41, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

42.    Answering paragraph 42, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

43.    Answering paragraph 43, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

44.    Answering paragraph 44, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

**Consumer Information Indicator**

45.    Answering paragraph 45, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

46.    Answering paragraph 46, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

47.    Answering paragraph 47, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

48.    Answering paragraph 48, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

49.    Answering paragraph 49, U.S. Bank lacks information or knowledge

1  sufficient to form a belief as to the truth of the allegations and therefore denies

2  them.

3      50.    Answering paragraph 50, U.S. Bank lacks information or knowledge

4  sufficient to form a belief as to the truth of the allegations and therefore denies

5  them.

6      51.    Answering paragraph 51, U.S. Bank lacks information or knowledge

7  sufficient to form a belief as to the truth of the allegations and therefore denies

8  them.

9      52.    Answering paragraph 52, U.S. Bank lacks information or knowledge

10  sufficient to form a belief as to the truth of the allegations and therefore denies

11  them.

12      53.    Answering paragraph 53, U.S. Bank lacks information or knowledge

13  sufficient to form a belief as to the truth of the allegations and therefore denies

14  them.

15      54.    Answering paragraph 54, U.S. Bank lacks information or knowledge

16  sufficient to form a belief as to the truth of the allegations and therefore denies

17  them.

18      55.    Answering paragraph 55, U.S. Bank lacks information or knowledge

19  sufficient to form a belief as to the truth of the allegations and therefore denies

20  them.

21                    **Plaintiff's Bankruptcy**

22      56.    Answering paragraph 56, U.S. Bank lacks information or knowledge

23  sufficient to form a belief as to the truth of the allegations and therefore denies

24  them.

25      57.    Answering paragraph 57, U.S. Bank lacks information or knowledge

26  sufficient to form a belief as to the truth of the allegations and therefore denies

27  them.

28      58.    Answering paragraph 58, U.S. Bank denies the allegations.

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 8 -

DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
Case No.8:24-CV-01970-AH-JDE

59.     Answering paragraph 59, because the allegations concern another
Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as
to the truth of the allegations and therefore denies them.

**Plaintiff's Credit Report**

60.     Answering paragraph 60, U.S. Bank lacks information or knowledge
sufficient to form a belief as to the truth of the allegations and therefore denies
them.

61.     Answering paragraph 61, U.S. Bank lacks information or knowledge
sufficient to form a belief as to the truth of the allegations and therefore denies
them. To the extent that the allegations concern another Defendant, U.S. Bank lacks
information or knowledge sufficient to form a belief as to the truth of the
allegations and therefore denies them.

62.     Answering paragraph 62, including subpart 62d, U.S. Bank lacks
information or knowledge sufficient to form a belief as to the truth of the
allegations and therefore denies them. Because the allegations in subparts 62a–62c
and 62e concern another Defendant, U.S. Bank lacks information or knowledge
sufficient to form a belief as to the truth of the allegations and therefore denies
them.

63.     Answering paragraph 63, U.S. Bank lacks information or knowledge
sufficient to form a belief as to the truth of the allegations and therefore denies
them. To the extent that the allegations concern another Defendant, U.S. Bank lacks
information or knowledge sufficient to form a belief as to the truth of the
allegations and therefore denies them.

64.     Answering paragraph 64, U.S. Bank lacks information or knowledge
sufficient to form a belief as to the truth of the allegations and therefore denies
them.

65.     Answering paragraph 65, U.S. Bank lacks information or knowledge
sufficient to form a belief as to the truth of the allegations and therefore denies

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 9 -
DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
Case No.8:24-CV-01970-AH-JDE

them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

66.    Answering paragraph 66, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

67.    Answering paragraph 67, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

**Damages**

68.    Answering paragraph 68, U.S. Bank denies the allegations and denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

69.    Answering paragraph 69, U.S. Bank denies the allegations and denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

70.    Answering paragraph 70, U.S. Bank denies the allegations that Plaintiff has been harmed by U.S. Bank and denies it violated the FCRA. U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations that Plaintiff's credit reports have been disseminated to various third-party lenders and therefore denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

71.    Answering paragraph 71, U.S. Bank denies the allegations and denies

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

72.    Answering paragraph 72, U.S. Bank denies the allegations and denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

### FIRST CAUSE OF ACTION
(Violation of Fair Credit Reporting Act, 15 U.S.C. § 1681e(b))
(Against Defendants)

### Experian, Equifax, and TransUnion – Failure to Assure Credit Reporting Accuracy

73.    U.S. Bank incorporates herein its answers in each and every paragraph above as though fully set forth herein.

74.    Answering paragraph 74, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

75.    Answering paragraph 75, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

76.    Answering paragraph 76, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

77.    Answering paragraph 77, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies

them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

78.    Answering paragraph 78, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

79.    Answering paragraph 79, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

**Willfulness**

80.    Answering paragraph 80, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

81.    Answering paragraph 81, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

82.    Answering paragraph 82, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

83.    Answering paragraph 83, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

84.     Answering paragraph 84, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

85.     Answering paragraph 85, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

86.     Answering paragraph 86, the allegations cite cases, which speak for themselves. To the extent that the allegations purport to allege allegations inconsistent with the cited cases, U.S. Bank denies the allegations. U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

87.     Answering paragraph 87, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

88.     Answering paragraph 88, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

89.     Answering paragraph 89, U.S. Bank denies the allegations and denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

90.     Answering paragraph 90, U.S. Bank lacks information or knowledge

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

91.    Answering paragraph 91, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

92.    Answering paragraph 92, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

93.    Answering paragraph 93, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

## SECOND CAUSE OF ACTION
(Violation of Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b))
(Against Defendants Barclays, Capital One, Citi, U.S. Bank, and American First)

### Barclays, Capital One, Citi, U.S. Bank, and American First – Failure to Reinvestigate

94.    U.S. Bank incorporates herein its answers in each and every paragraph above as though fully set forth herein.

95.    Answering paragraph 95, the allegations call for legal conclusions, which require no response. To the extent that a response is required, U.S. Bank states that the FCRA speaks for itself. To the extent that the allegations purport to

allege allegations inconsistent with the FCRA, U.S. Bank denies the allegations.

96.    Answering paragraph 96, U.S. Bank denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

97.    Answering paragraph 97, U.S. Bank denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

98.    Answering paragraph 98, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

99.    Answering paragraph 99, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

100.    Answering paragraph 100, U.S. Bank denies the allegations. U.S. Bank further denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

101.    Answering paragraph 101, U.S. Bank denies the allegations. U.S. Bank further denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

102.    Answering paragraph 102, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies it violated the FCRA.

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 15 -
DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
Case No.8:24-CV-01970-AH-JDE

103.   Answering paragraph 103, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies it failed to conduct a reasonable investigation and denies it violated the FCRA. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

104.   Answering paragraph 104, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies it violated the FCRA.

105.   Answering paragraph 105, U.S. Bank denies the allegations. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

**Experian, Equifax, and TransUnion – Failure to Reinvestigate Disputed Information**

106.   U.S. Bank incorporates herein its answers in each and every paragraph above as though fully set forth herein.

107.   Answering paragraph 107, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

108.   Answering paragraph 108, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

109.   Answering paragraph 109, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 16 -
DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
Case No.8:24-CV-01970-AH-JDE

information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

110.    Answering paragraph 110, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

111.    Answering paragraph 111, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank denies any remaining allegations in paragraph 111.

112.    Answering paragraph 112, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

113.    Answering paragraph 113, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

114.    Answering paragraph 114, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

115.    Answering paragraph 115, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

116.    Answering paragraph 116, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

**THIRD CAUSE OF ACTION**

(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681i(a)(4))

(Against Defendants Experian, Equifax, and TransUnion)

**Experian, Equifax, and TransUnion – Failure to Review and Consider All Relevant Information**

117.   U.S. Bank incorporates herein its answers in each and every paragraph above as though fully set forth herein.

118.   Answering paragraph 118, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

119.   Answering paragraph 119, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

120.   Answering paragraph 120, U.S. Bank denies the allegations. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

121.   Answering paragraph 121, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

122.   Answering paragraph 122, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

**FOURTH CAUSE OF ACTION**
(Violation of Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(5)(A))
(Against Defendants Experian, Equifax, TransUnion)

**Experian, Equifax, and TransUnion – Failure to Delete Disputed and Inaccurate Information**

123.   U.S. Bank incorporates herein its answers in each and every paragraph above as though fully set forth herein.

124.   Answering paragraph 124, the allegations call for legal conclusions, which require no response. To the extent that a response is required, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. To the extent that the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them.

125.   Answering paragraph 125, because the allegations concerning another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

126.   Answering paragraph 126, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

127.   Answering paragraph 127, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

128.    Answering paragraph 128, because the allegations concern another Defendant, U.S. Bank lacks information or knowledge sufficient to form a belief as to the truth of the allegations and therefore denies them. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief, and/or award from U.S. Bank.

## DEMAND FOR JURY TRIAL

U.S. Bank admits that Plaintiff demands a trial by jury. U.S. Bank denies it violated the FCRA. U.S. Bank further denies Plaintiff is entitled to any judgment, damages, relief and/or award from U.S. Bank.

## PRAYER FOR RELIEF

U.S. Bank denies it violated the FCRA. U.S. Bank further denies that Plaintiff is entitled to any judgment, damages, relief and/or award from U.S. Bank.

## AFFIRMATIVE DEFENSES

Having answered the Complaint, U.S. Bank asserts the following affirmative defenses, which are pleaded in the alternative:

1.    Plaintiff has failed, in whole or in part, to state a claim upon which relief may be granted.

2.    Plaintiff failed to mitigate her damages, if any.

3.    Plaintiff's damages, if any, were caused by the actions and/or inaction of other parties or third parties and/or intervening causes over which U.S. Bank has no control.

4.    U.S. Bank acted at all times in compliance with the FCRA, 15 U.S.C. § 1681, *et seq*., and it is entitled to each and every defense stated in the Act and any and all limitations of liability.

5.    U.S. Bank acted reasonably and in good faith at all material times based on all relevant facts and circumstances known by it at the time it so acted.

6.    Plaintiff is estopped from recovering from U.S. Bank.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

7.      Plaintiff's Complaint seeks punitive damages. U.S. Bank adopts all defenses, criteria, limitations, standards, and constitutional protections mandated or provided by the United States Supreme Court.

8.      U.S. Bank pleads and asserts all applicable constitutional, statutory, and common law limitations on punitive damages.

9.      Plaintiff's claim for punitive damages is barred or limited by the provisions of 15 U.S.C. § 1681n.

10.    Plaintiff's claim that U.S. Bank committed willful violations of the FCRA is barred, in part, by the principles articulated in *Safeco Ins. Co. v. Burr*, 551 U.S. 47 (2007).

11.    As a result of this litigation, U.S. Bank was required to retain the undersigned counsel, to whom it is obligated to pay a reasonable fee, for which U.S. Bank is entitled to recovery pursuant to 15 U.S.C. §§ 1681n(c) and 1681o(b).

12.    U.S. Bank reserves the right to supplement its affirmative defenses as it continues with its factual investigation of Plaintiff's claims.

### <u>Reservation of Rights</u>

13.    U.S. Bank incorporates by reference the foregoing allegations of its Affirmative Defenses.

14.    U.S. Bank presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available.  U.S. Bank expressly reserves the right to allege and assert any additional and/or further defenses as may be appropriate as this action proceeds.

Wherefore, U.S. Bank respectfully requests that the Court:

a.      Dismiss all of Plaintiff's claims against U.S. Bank with prejudice and on the merits;

b.      Award U.S. Bank all costs, disbursements, and reasonable attorney fees allowed by law; and

1    c.    Grant U.S. Bank any such further relief to which it may be entitled.

2

3    Dated:  December 9, 2024                FAEGRE DRINKER BIDDLE &
                                             REATH LLP
4

5

6                                            By:___/s/ Andrew S. Ayala____
                                                 Andrew S. Ayala
7                                                Attorneys for Defendant
                                                 U.S. Bank National Association
8
     DMS_US.367447324.2
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

- 22 -
DEFENDANT U.S. BANK'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES
Case No.8:24-CV-01970-AH-JDE