Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Cynthia Duncan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION, SANTA ANA

| | |
|---|---|
| CYNTHIA DUNCAN,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, CAPITAL ONE, N.A., U.S. BANK, N.A., AMERICAN FIRST FINANCE, LLC,<br><br>    Defendants. | Case No. 8:24-cv-01970-AH-JDE<br><br>**STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AMERICAN FIRST FINANCE, LLC**<br><br>Complaint filed:   September 12, 2024 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED**, by and between Plaintiff Cynthia Duncan and Defendant American First Finance, LLC ("AFF"), that AFF be dismissed from this action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

Dated: December 18, 2024            GALE, ANGELO, JOHNSON, P.C.


                                    By: /s/ Joe Angelo
                                        Joe Angelo

                                        Attorney for Plaintiff
                                        CYNTHIA DUNCAN

Dated: December 18, 2024            TROUTMAN PEPPER HAMILTON
                                    SANDERS LLP


                                    By: /s/ Thomas N. Abbott
                                        Thomas N. Abbott

                                        Attorneys for Defendant
                                        AMERICAN FIRST FINANCE, LLC

**ATTESTATION OF FILER**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned hereby attests that all parties have concurred in the filing of this stipulation.

Dated: December 18, 2024

                                    /s/ Joe Angelo
                                       Joe Angelo