**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION, SANTA ANA**

| | |
|---|---|
| CYNTHIA DUNCAN, | Case No. 8:24-cv-01970-AH-(JDEx) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AMERICAN FIRST FINANCE, LLC ONLY   [41]** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, CAPITAL ONE, N.A., U.S. BANK, N.A., AMERICAN FIRST FINANCE, LLC, | Complaint filed:  September 12, 2024 |
| Defendants. | |

Pursuant to the stipulation of the Parties, American First Finance, LLC, only, is dismissed without prejudice and each party shall bear its own attorneys' fees and costs.

Dated:  DECEMBER 18, 2024

_____
Hon. Anne Hwang
UNITED STATES DISTRICT JUDGE